*denied* 389 US 874; *People v Williams,* 147 AD2d 515, 516; *People v Perry,* 144 AD2d 706). We also conclude that the verdict was supported by the weight of the evidence and that the evidence was legally sufficient *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from judgment of Erie County Court, Lomanto; J.—assault, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ MICHAEL DIBIASE, as Administrator of the Estates of JOHN DIBIASE and Another, Deceased, Respondent, v NEW YORK STATE THRUWAY AUTHORITY et al., Appellants. (Appeal No. 1.) (Claim No. 73559.)—Order unanimously affirmed with costs. Memorandum: The court properly determined that claimant adequately responded to defendants' request for information concerning the proposed testimony of claimant's expert witnesses *(see,* CPLR 3101 [d] [1] [i]). Further, the court did not abuse its discretion in ordering that defendants' experts submit to an examination before trial in light of defendants' repeated failure to provide claimant with an adequate response to his request for information concerning the proposed testimony of defendants' expert witnesses. (Appeal from order of Court of Claims, Corbett, J.—discovery.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ MICHAEL DIBIASE, as Administrator of the Estates of JOHN DIBIASE and Another, Deceased, Respondent, v NEW YORK STATE THRUWAY AUTHORITY et al., Appellants. (Appeal No. 2.) (Claim No. 73559.)—Order unanimously affirmed without costs. Same memorandum as in *DiBiase v New York State Thruway Auth.* ([appeal No. 1] 166 AD2d 916 [decided herewith]). (Appeal from order of Court of Claims, Corbett, J.—discovery.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ ROBERT D. HAMILTON et al., Respondents, v NEW YORK STATE THRUWAY AUTHORITY et al., Appellants. (Claim No. 73633.)—Order unanimously affirmed without costs. Same memorandum as in *DiBiase v New York State Thruway Auth.* ([appeal No. 1] 166 AD2d 916 [decided herewith]). (Appeal from order of Court of Claims, Corbett, J.—discovery.) Present— Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ WEBSTER OMNI SKATEWAY, INC., Respondent, v BERNIE WRIGHTS, Appellant, et al., Defendants.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion to vacate a default judgment. Defendant did not establish a justifiable excuse for failing to answer and show a meritorious defense to the action. Supreme